IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION



| | |
|---|---|
| AMSOUTH BANK | PLAINTIFF |
| VS. | CIVIL ACTION NO: 3:06-CV-00416-W-A |
| FRAZIER DEVELOPMENT, LLC;<br>C.E. FRAZIER, JR.; H. CLAIBORNE FRAZIER;<br>and AUSTIN W. FRAZIER | DEFENDANTS |

### AGREED ORDER SETTING ASIDE ENTRY OF DEFALUT

Before the Court is Defendants' Motion to Set Aside Entry of Default. The Court, having been advised that the motion is agreed to by the parties, finds that the Motion should be granted.

It is, therefore, ordered that the Entry of Default against Defendants entered on or about September 6, 2006 is set aside and Defendants are granted until September 27, 2006 to file an answer or otherwise respond to the Complaint.

This the 6 day of February, 2007.

_____
District Judge

Agreed:

_____
Philip W. Thomas
MB No. 9667
Counsel for Defendants

_____
Jeffrey R. Barber
MB No. 1982
Counsel for Plaintiff