**American Arbitration Association**
*Dispute Resolution Services Worldwide*

*Central Case Management Center*
Molly Bargenquest
Vice President
Tracey Patten
Assistant Vice President

August 15, 2007

13455 Noel Road - Suite 1750, Dallas, TX 75240
telephone: 972-702-8222 facsimile: 972-490-9008
internet: http://www.adr.org/

**Via E-mail Only**

Adam Stone, Esq.
Watkins Ludlam Winter & Stennis, P.A.
633 North State Street
P.O. Box 427
Jackson, MS 38202-0427

Phillip W. Thomas, Esq.
Phillip W. Thomas, P.A.
747 North Congress Street
Jackson, MS 39202

Re: 69 148 Y 14861 06
AmSouth Bank
and
H. Claiborne Frazier; Austin Frazier
- Jackson, Mississippi
Claim: $2,915,286.43

Gentlemen:

By direction of the Arbitrator we herewith transmit to you the duly executed Consent Award in the above matter. This serves as a reminder that there is to be no direct communication with the Arbitrator. All communication shall be directed to the Association.

We will be preparing a final reconciliation of the finances and will be providing each party with a Financial History and Compensation Summary. Upon completion of the reconciliation, if a party has any unused compensation deposits, a refund check will be sent shortly after.

Please note that the case file will be destroyed fifteen (15) months after the date of this letter.

We appreciate your selection of the AAA as your alternative dispute resolution provider in this matter. As always, please do not hesitate to contact me if you have any questions.

Sincerely,

*Latonya Smith*
Latonya D. Smith
Case Manager
888 774 6908
SmithL@adr.org

*Supervisor Information: Kathleen A. Gossett-Cantrell, 888 774-6929, Cantrellk@adr.org*

Encl.

cc:  William P. Myers, Esq. **Via E-mail Only**

