IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**AMSOUTH BANK**                                                                                                  **PLAINTIFF**

VS.                                                                                                   CASE NO. 3:06CV416HTW-LRA

**FRAZIER DEVELOPMENT, LLC;**
**C.E. FRAZIER, JR.; H. CLAIBORNE FRAZIER;**
**And AUSTIN W. FRAZIER**                                                                              **DEFENDANTS**

VS.

**ERGON - FRAZIER DEVELOPMENT I, LLC**                          **GARNISHEE-DEFENDANT**

---

### ANSWER TO WRIT OF GARNISHMENT

---

**COMES NOW** Ergon - Frazier Development I, LLC ("Ergon – Frazier") and responds to the Writ of Garnishment served upon it by AMSOUTH BANK as follows:

1. Ergon – Frazier is not currently indebted to the Defendants, was not indebted to Defendants at the time of the service of the writ on it, and has not at any time since been indebted to Defendants. Ergon – Frazier has accrued on its books developer's fees (plus accrued interest through August 31, 2007) for the account of Frazier Development, LLC totaling $252,037.77. Ergon – Frazier and Frazier Development, LLC previously agreed that these fees will not be paid until sufficient funds become available through a sale of the center to make payment without impairing the financial condition or resources of the company. Thus, the developer's fees are not currently due and it is uncertain when, if ever, they will become due.

2. Ergon - Frazier has no effects of the Defendants and had none at the time of the

service of this writ on it nor has it had any such effects in its possession or under its control since the service of the writ.

3. Ergon - Frazier is unaware of any other person or entity that is indebted to the Defendants.

4. Ergon - Frazier is unaware of any effects of the Defendants in the possession or control of any other person or entity.

5. Defendants are not employees of Ergon - Frazier.

This the 12th day of October, 2007.

Respectfully submitted,

**Ergon - Frazier Development I, LLC**

By: /s/ C. Stephen Stack, Jr.
C. Stephen Stack, Jr., MSB # 10768

**OF COUNSEL:**

J. Kevin Watson (MSB # 6991)
W. Robert Jones, III (MSB #8475)
C. Stephen Stack, Jr. (MSB # 10768)
WATSON & JONES, P.A.
Post Office Box 23546
Jackson, Mississippi 39225
Telephone: (601) 939-8900
Facsimile: (601) 932-4400

## VERIFICATION

**PERSONALLY APPEARED BEFORE ME,** the undersigned authority in and for the said county and state, within my jurisdiction, the within named Keith Clair, Vice-President, Leasing/Management of Ergon Properties, Inc., in its capacity as Manager of Ergon - Frazier Development I, LLC, who states under oath that the above Answer to Writ of Garnishment is correct to the best of his knowledge.

                                      **Ergon Frazier Development I, LLC**
                                      **By Ergon Properties, Inc., Manager**

                                        By: _____
                                          Its: Vice-President, Leasing

**SWORN TO AND SUBSCRIBED** before me, this the 12th day of October, 2007.

_____
NOTARY PUBLIC

My Commission Expires:
NOTARY PUBLIC STATE OF MISSISSIPPI AT LARGE
MY COMMISSION EXPIRES: Jan 22, 2011
BONDED THRU NOTARY PUBLIC UNDERWRITERS

## CERTIFICATE OF SERVICE

I, C. Stephen Stack, Jr., do hereby certify that I have this day electronically filed the above and foregoing document with the Clerk of the Court using the ECF system. Electronic notification of such filing was sent to the following counsel of record:

>Jeffrey R. Barber, Esq.
>WATKINS, LUDLAM WINTER & STENNIS, P.A.
>P. O. Box 427
>Jackson, MS  39205-0427

Dated this the 12th day of October, 2007.

>/s/ C. Stephen Stack, Jr.
>C. Stephen Stack, Jr.